UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ _ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☒ 3rd Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Johnny X Gonzalez**        JOINT DEBTOR: _____    CASE NO.: _____

Last Four Digits of SS#   xxx-xx-7095        Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

- A. $   431.55  for months   1  to  19  ;
- B. $   695.61  for months  20  to  29  ;
- C. $   637.86  for months  30  to  60  ; in order to pay the following creditors:

<u>Administrative:</u>  Attorney's Fee -  $  5,525.00     TOTAL PAID $   4,000.00
         Balance Due     $  1,000.00  payable $ 52.63  /month  (Months  1  to  19 )
                         $    525.00  payable $ 52.50  /month  (Months 20  to  29 )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **Wells Fargo Bank Nv Na**        Arrearage on Petition Date  $ 3,401.48
   Address: Po Box 3908; Portland, OR 97208     Arrears Payment $      0.00  /month  (Months 0 to 0 )
   Account No: xxxxxxxx1998/9432       MMM Payment  $    259.22  /month  (Months 1 to 19 )
   Account No: xxxxxxxx1998/9432       Arrears Payment $  82.97  /month  (Months 20 to 60)
   Account No: xxxxxxxx1998/9432       Regular Payment $ 274.95  /month  (Months 20 to 60 )

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| -NONE- | $ | % | $ | To | |

<u>Priority Creditors:</u> [as defined in 11 U.S.C. §507]
  -NONE-      Total Due  $ _____
              Payable    $ _____ /month   (Months __ to __)   Regular Payment $ _____
<u>Unsecured Creditors:</u>  Pay $ 105.28/month (Months 1 to 19 ).
                  Pay $ 221.95/month (Months 20 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
-NONE-

**Assumed Contracts and/or Leases**
-NONE-

**Special Intentions:**
Bk Of Amer/GreenTree: Debtor ex-wife will pay claim directly pursuant to MSA in divorce.
US Bank NA (POC3)/JP Morgan Chase(xxxxxx6267): Debtor ex-wife will pay claim directly pursuant to MSA
261 Hidden Springs (Bank of America xxxx0093)/(Specialized Loan Servicing xxxx2689): Debtor will surrender any interest Debtor may still have in property.

Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event the Debtor's income or tax refund increase, the Debtor shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Johnny X Gonzalez
Johnny X Gonzalez
Debtor

Date: December 28, 2016

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy